# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
74 MAP 2017

MONICA GAVIN AND LUCIA CAREZANI,   :   No. 382 MAL 2017
EXECUTRIX OF THE ESTATE OF           :
JAMES GAVIN, DECEASED,               :

                               :   Petition for Allowance of Appeal from
             Petitioners   :   the Order of the Superior Court
                               :
                               :
           v.                      :
                               :
                               :

ELAINE LOEFFELBEIN,              :
                               :
             Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**, limited to the issues rephrased for clarity and set forth below:

> 1. Did the Superior Court err by holding emergency guardianship orders *automatically expire*?

> 2. Did the Superior Court err by holding that the *rebuttable presumption* that an incapacitated person is unable to engage in financial transactions is inapplicable to a person under the protection of an emergency guardian who has been appointed for the person and his estate?

    Allocatur is **DENIED** as to all remaining issues.